# EXHIBIT A

| LSAC Work | Copyright Registration/Application Information |
|---|---|
| PrepTest 1 | TX 3-108-640 |
| PrepTest 2 | TX 3-189-582 |
| PrepTest 3 | TX 3-236-832 |
| PrepTest 4 | TX 3-261-875 |
| PrepTest 5 | TX 3-353-729 |
| PrepTest 6 | TX 3-447-104 |
| PrepTest 7 | TX 3-501-188 |
| PrepTest 8 | TX 3-554-482 |
| PrepTest 9 | TX 3-685-271 |
| PrepTest 10 | TX 3-777-202 |
| PrepTest 11 | TX 3-853-020 |
| PrepTest 12 | TX 3-948-181 |
| PrepTest 13 | TX 3-989-782 |
| PrepTest 14 | TX 4-056-721 |
| PrepTest 15 | TX 4-089-495 |
| PrepTest 16 | TX 4-148-489 |
| Prep Test 17 | TX 4-134-243 |
| PrepTest 18 | TX 3-462-549 |
| PrepTest 19 | TX 4-331-950 |
| PrepTest 20 | TX 4-404-685 |
| PrepTest 21 | TX 4-440-163 |
| PrepTest 22 | TX 4-617-910 |
| PrepTest 23 | TX 4-664-783 |
| PrepTest 24 | TX 4-701-316 |
| PrepTest 25 | TX 4-838-001 |

| PrepTest 26 | TX 4-877-110 |
|---|---|
| PrepTest 27 | TX 4-921-211 |
| PrepTest 28 | TX 5-021-808 |
| PrepTest 29 | TX 5-109-974 |
| PrepTest 30 | TX 5-144-140 |
| PrepTest 31 | TX 5-253-192 |
| PrepTest 32 | TX 5-218-039 |
| PrepTest 33 | TX 5-332-761 |
| PrepTest 34 | TX 5-424-216 |
| PrepTest 35 | TX 5-653-906 |
| PrepTest 36 | TX 5-488-331 |
| PrepTest 37 | TX 5-594-520 |
| PrepTest 38 | TX 5-691-098 |
| PrepTest 39 | TX 5-836-335 |
| PrepTest 40 | TX 5-822-571 |
| PrepTest 41 | TX 6-003-593 |
| PrepTest 42 | TX 6-003-591 |
| PrepTest 43 | TX 6-087-679 |
| PrepTest 44 | TX 6-087-678 |
| PrepTest 45 | TX 6-164-357 |
| PrepTest 46 | TX 6-417-909 |
| PrepTest 47 | TX 6-417-907 |
| PrepTest 48 | TX 6-417-908 |
| PrepTest 49 | TX 6-503-746 |
| PrepTest 50 | TX 6-503-744 |
| PrepTest 51 | TX 6-503-745 |

| | |
|---|---|
| PrepTest 52 | TX 6-877-474 |
| PrepTest 53 | TX 6-877-264 |
| PrepTest 54 | TX 6-984-045 |
| PrepTest 55 | Application filed on September 3, 2009 |
| PrepTest 56 | TX 6-984-013 |
| PrepTest 57 | TX 6-984-020 |
| PrepTest 58 | TX 7-134-938 |
| PrepTest 59 | TX 8-004-826 |
| PrepTest 60 | TX 7-322-308 |
| PrepTest 61 | TX 7-434-434 |
| PrepTest 62 | TX 7-426-451 |
| PrepTest 63 | TX 7-527-034 |
| PrepTest 64 | TX 7-527-039 |
| PrepTest 65 | TX 7-615-673 |
| PrepTest 66 | TX 7-754-289 |
| PrepTest 67 | Application filed May 14, 2013, Receipt No. 1-FGSDDL |
| PrepTest 68 | TX 7-795-617 |
| PrepTest 69 | TX 7-935-440 |
| PrepTest 70 | TX 7-851-743 |
| PrepTest 71 | TX 7-851-737 |
| PrepTest 72 | TX 7-955-635 |
| PrepTest 73 | TX 8-027-246 |
| SuperPrep | TX 4-179-891<br>TX 4-955-193<br>TX 5-208-240 |
| SuperPrepII | TX-6-984-013<br>TX 7-134-938 |