# EXHIBIT B

Shopping Cart  /  Bookstore Cart  /  Testimonials  /  LSAT Prep Courses  /  Law School Prep  /  FAQs  /  Blog  /  Contact        LOGIN  /  SIGN UP

Official LSAT content in both printed and downloadable form will only be available for a short time. If you need to purchase LSAT content, be sure to do so soon. Going forward, we will continue to offer downloadable explanations and mostly non-Cambridge books in our bookstore.



Phone: (310) 717-5521
E-mail: info@cambridgelsat [dot] com

  

Search

*The premier site for downloading Official LSAT PrepTests.*

| Resources | Bookstore | PrepTests | Sections | Problem Sets | Explanations | Prep Books | Bundles |

# Official LSAC Publications                                                                                                   1

You are here:  Home » LSAT Prep Bookstore » Official LSAC Publications

Showing 1–10 of 46 results.

**AMAZON PRODUCT SEARCH**

Enter your search term(s).    Go

All

**BOOKSTORE NAVIGATION**

LSAT Strategy Guides
LSAT Practice Books
» Official LSAC Publications
LSAT Explanation Books
Kindle eBooks
LSAT Supplements
Law School Books
Search Results
Bookstore Shopping Cart

### The Official LSAT SuperPrep



**The Champion of LSAT Prep**

*SuperPrep* is our most comprehensive LSAT preparation book. It includes:

- 3 complete *PrepTests*
- a guide to LSAT logic
- explanations for every item in all 3 tests (Feb. 2000, Feb. 1999, Feb. 1996)
- sample Comparative Reading questions and explanations

read more →

                                             Price: $28.00  $17.86

### The Official LSAT SuperPrep II



**The Champion of LSAT Prep**

*SuperPrep* is our most comprehensive LSAT preparation book. It includes:

- 3 complete *PrepTests*
- a guide to LSAT logic
- explanations for every item in all 3 tests (December 2010, June 2011, and a previously undisclosed LSAT)
- sample Comparative Reading questions and explanations

read more →

                                             Price: $32.00  $29.04

### 10 Actual, Official LSAT PrepTests



For pure practice at an unbelievable price, you can't beat the *10 Actual* series. Each book includes: 10 previously administered LSATs, an answer key for each test, a writing



sample for each test, score-conversion tables, and sample Comparative Reading questions and explanations.

read more →

 Price: $30.00 $17.76

### 10 More, Actual Official LSAT PrepTests

**(PrepTests 19 through 28) (Lsat Series)**

For pure practice at an unbelievable price, you can't beat the *10 Actual* series. Each book includes: 10 previously administered LSATs, an answer key for each test, a writing sample for each test, score-conversion tables, and sample Comparative Reading questions and explanations.

[Pub. note:… read more →

 Price: $30.00 $20.19

### The Next 10 Actual, Official LSAT PrepTests (Lsat Series)

Contains actual, previously administered LSAT's. For pure practice at an unbelievable price, you can't beat 10 PrepTests. Each test includes an answer key, writing sample, and score conversion table. read more →

 Price: $30.00 $17.84

### 10 New Actual, Official LSAT PrepTests with Comparative Reading

**(PrepTests 52-61) (Lsat Series)**

Comparative Reading questions first appeared in the LSAT in 2007. Our new *10 Actual, Official LSAT PrepTests* book is the first one ever to include previously administered Comparative Reading questions. This essential LSAT preparation tool encompasses *PrepTest 52* (the September 2007 LSAT) thro

… read more →

 Price: $34.00 $22.70

### 10 Actual, Official LSAT PrepTests Volume V

**PrepTests 62 through 71**

For pure practice at an unbelievable price, you can't beat the *10 Actual* series. Each book includes: 10 previously administered LSATs, an answer key for each test, a writing sample for each test, score-conversion tables, and sample Comparative Reading questions and explanations. read more →

 Price: $34.00 $25.44



### The Official LSAT Handbook

**Get to Know the LSAT**

This is a comprehensive introduction to the LSAT and a guide to the skills the LSAT is designed to assess--analytical reasoning, logical reasoning, and reading comprehension, including comparative reading.
read more →

Price: **$12.00**



### The Official LSAT PrepTest 39

An actual LSAT administered on the date indicated. You can practice as if taking an actual test by following the test-taking instructions and timing yourself. This PrepTest contain an answer key, writing sample, and score conversion table. read more →

From **$29.99**



### The Official PrepTest 40

An actual LSAT administered on the date indicated. You can practice as if taking an actual test by following the test-taking instructions and timing yourself. This PrepTest contains an answer key, writing sample, and score conversion table. read more →

From **$8.00**

1   2   3   4   5   Next »

All actual LSAT questions printed within this work are used with the permission of Law School Admission Council, Inc., Box 2000, Newtown, PA 18940, the copyright owner. LSAC does not review or endorse specific test preparation materials or services, and inclusion of licensed LSAT questions within this work does not imply the review or endorsement of LSAC.

Cambridge LSAT is a participant in the Amazon Services LLC Associates Program, an affiliate advertising program designed to provide a means for sites to earn advertising fees by advertising and linking to amazon.com. Cambridge LSAT is also a participant in Manhattan Prep's revenue-sharing affiliate program.

| Downloads | Bookstore | Links |
|---|---|---|
| LSAT PrepTests | Strategy Guides | Terms and Conditions |
| LSAT Sections | Practice Books | Privacy Policy |
| Problem Sets | Official LSAC Publications | Advice |
| Explanations | Explanation Books | Tutors |
| LSAT Prep Books | Kindle eBooks | Testimonials |
| Bundles | Supplements | Contact Us |
| Shopping Cart | Shopping Cart | Sitemap |

© Cambridge LSAT 2009–2015 (Google Trusted Stores: 4.7/5; 42 buyer reviews)