AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 15-5219 | DATE FILED: 9/18/2015 | US District Court, Eastern District of Pennsylvania<br>601 Market Street - Room 2609<br>Philadelphia, PA 19106 |

| PLAINTIFF | DEFENDANT |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC.<br>662 PENN STREET<br>NEWTOWN, PA 18940 | MORLEY TATRO D/B/A CAMBRIDGE LSAT<br>303 E. ELMWOOD AVENUE., UNIT 304<br>BURBANK, CA 91502 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | - SEE ATTACHED - | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Michael E. Kunz, Clerk of Court | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| LSAC Work | Copyright Registration/Application Information |
|---|---|
| PrepTest 1 | TX 3-108-640 |
| PrepTest 2 | TX 3-189-582 |
| PrepTest 3 | TX 3-236-832 |
| PrepTest 4 | TX 3-261-875 |
| PrepTest 5 | TX 3-353-729 |
| PrepTest 6 | TX 3-447-104 |
| PrepTest 7 | TX 3-501-188 |
| PrepTest 8 | TX 3-554-482 |
| PrepTest 9 | TX 3-685-271 |
| PrepTest 10 | TX 3-777-202 |
| PrepTest 11 | TX 3-853-020 |
| PrepTest 12 | TX 3-948-181 |
| PrepTest 13 | TX 3-989-782 |
| PrepTest 14 | TX 4-056-721 |
| PrepTest 15 | TX 4-089-495 |
| PrepTest 16 | TX 4-148-489 |
| Prep Test 17 | TX 4-134-243 |
| PrepTest 18 | TX 3-462-549 |
| PrepTest 19 | TX 4-331-950 |
| PrepTest 20 | TX 4-404-685 |
| PrepTest 21 | TX 4-440-163 |
| PrepTest 22 | TX 4-617-910 |
| PrepTest 23 | TX 4-664-783 |
| PrepTest 24 | TX 4-701-316 |
| PrepTest 25 | TX 4-838-001 |

| PrepTest 26 | TX 4-877-110 |
| --- | --- |
| PrepTest 27 | TX 4-921-211 |
| PrepTest 28 | TX 5-021-808 |
| PrepTest 29 | TX 5-109-974 |
| PrepTest 30 | TX 5-144-140 |
| PrepTest 31 | TX 5-253-192 |
| PrepTest 32 | TX 5-218-039 |
| PrepTest 33 | TX 5-332-761 |
| PrepTest 34 | TX 5-424-216 |
| PrepTest 35 | TX 5-653-906 |
| PrepTest 36 | TX 5-488-331 |
| PrepTest 37 | TX 5-594-520 |
| PrepTest 38 | TX 5-691-098 |
| PrepTest 39 | TX 5-836-335 |
| PrepTest 40 | TX 5-822-571 |
| PrepTest 41 | TX 6-003-593 |
| PrepTest 42 | TX 6-003-591 |
| PrepTest 43 | TX 6-087-679 |
| PrepTest 44 | TX 6-087-678 |
| PrepTest 45 | TX 6-164-357 |
| PrepTest 46 | TX 6-417-909 |
| PrepTest 47 | TX 6-417-907 |
| PrepTest 48 | TX 6-417-908 |
| PrepTest 49 | TX 6-503-746 |
| PrepTest 50 | TX 6-503-744 |
| PrepTest 51 | TX 6-503-745 |

| | |
|---|---|
| PrepTest 52 | TX 6-877-474 |
| PrepTest 53 | TX 6-877-264 |
| PrepTest 54 | TX 6-984-045 |
| PrepTest 55 | Application filed on September 3, 2009 |
| PrepTest 56 | TX 6-984-013 |
| PrepTest 57 | TX 6-984-020 |
| PrepTest 58 | TX 7-134-938 |
| PrepTest 59 | TX 8-004-826 |
| PrepTest 60 | TX 7-322-308 |
| PrepTest 61 | TX 7-434-434 |
| PrepTest 62 | TX 7-426-451 |
| PrepTest 63 | TX 7-527-034 |
| PrepTest 64 | TX 7-527-039 |
| PrepTest 65 | TX 7-615-673 |
| PrepTest 66 | TX 7-754-289 |
| PrepTest 67 | Application filed May 14, 2013, Receipt No. 1-FGSDDL |
| PrepTest 68 | TX 7-795-617 |
| PrepTest 69 | TX 7-935-440 |
| PrepTest 70 | TX 7-851-743 |
| PrepTest 71 | TX 7-851-737 |
| PrepTest 72 | TX 7-955-635 |
| PrepTest 73 | TX 8-027-246 |
| SuperPrep | TX 4-179-891<br>TX 4-955-193<br>TX 5-208-240 |
| SuperPrepII | TX-6-984-013<br>TX 7-134-938 |