UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106

October 19, 2015

John V. Gorman
Morgan Lewis & Bockius
1701 Market Street
Philadelphia PA 19103-2921

RE: Law School Admission Council, Inc. v. Morley Tatro

CIVIL ACTION NO.: 15-cv-5219

Dear Mr. Gorman:

A review of the Court's records shows that a pleading has not been made in the above-captioned action in response to the complaint by Defendant Morley Tatro.

If such a pleading is not filed by the above named defendant on or before October 29, 2015 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by November 9, 2015 the court may enter an order dismissing the case against the above named defendant for lack of prosecution.

Very Truly Yours,

Ulrike Hevener
Courtroom Deputy to Judge Kearney

CC By Mail:   Amy M. Dudash, Esq.
              Morley Tatro