Morley Tatro
303 E Elmwood Ave, Unit 304
Burbank, CA 91502-2695
(310) 717-5521
rippinradio@yahoo.com

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MORLEY TATRO, D/B/A CAMBRIDGE LSAT<br><br>Defendant | Case No.: 2:15-cv-05219-MAK<br><br>DEFENDANT'S MOTION TO OBTAIN E-FILE LOGIN AND PASSWORD |

Morley Tatro d/b/a Cambridge LSAT ("Cambridge LSAT") moves this court for e-file access in regards the above-referenced matter. According to the instructions and specifications given online, the party meets all the technical requirements for e-filing, and enabling e-file as an option would greatly increase the efficiency of correspondence to and from the court and the opposing council.

Dated this 28 of October, 2015.

*[signature]*
Morley Tatro, defendant *pro se*

DEFENDANT'S MOTION TO OBTAIN E-FILE LOGIN AND PASSWORD - 1

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          EASTERN DISTRICT OF PENNSYLVANIA

6  | LAW SCHOOL ADMISSION COUNCIL, INC. | Case No.: 2:15-cv-05219-MAK
7  |             Plaintiff,             |
8  | vs.                                | [PROPOSED] ORDER GRANTING
   |                                    | DEFENDANT'S MOTION TO OBTAIN E-
9  | MORLEY TATRO, D/B/A CAMBRIDGE LSAT | FILE LOGIN AND PASSWORD
10 |             Defendant              |

11
12
13
14
15
16
17
18
19
20
21
22

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO OBTAIN E-FILE LOGIN AND PASSWORD - 1

1
2    Pending before this court is whether to grant Morley Tatro d/b/a Cambridge
3    LSAT ("Cambridge LSAT") an e-file login and password in connection with the above-
4    referenced matter. Since Defendant has steady internet access and meets all the technical
5    requirements of using e-file, the Court will issue credentials for him to do so. The motion is
6    hereby granted.
7    SO ORDERED.
8    Dated this ___ of _____, 2015.
9
10
     _____
     Hon. Mark A. Kearney
11   U.S. District Court Judge
12
13
14
15
16
17
18
19
20
21
22
     [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO OBTAIN E-FILE LOGIN
- -  AND PASSWORD - 2