IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-5219 |
| | : | |
| MORLEY TATRO | : | |

**ORDER**

**AND NOW**, this 29th day of October 2015, upon consideration of Defendant Morley Tatro's Motion to Obtain E-File on this case only *via* this Court's Electronic Case Filing ("ECF") System (ECF Doc. No. 8), it is **ORDERED** the Defendant's Motion is **GRANTED** and the Clerk of this Court shall issue a user name and password to the Unrepresented Defendant to allow him to file documents in this case alone electronically.

_____
**KEARNEY, J.**