IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : | Civil Action No.: 15-05219 |
| Plaintiff, | : | |
| v. | : | Honorable Mark A. Kearney |
| MORLEY TATRO | : | |
| Defendant | : | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF COUNSEL, ERIC MENHART**

Julie D. Lathia, Counsel for Defendant, Morley Tatro, hereby moves this Honorable Court to grant the admission of counsel Eric Menhart *pro hac vice* and in support hereof, avers as follows:

1. Counsel Eric Menhart seeks admission *pro hac vice* because he and his firm have been retained by Defendant for this and related matters.

2. Local counsel Julie D. Lathia has sought the position of all parties; counsel for Plaintiff has advised that it does not object to the filing of this Motion.

3. Attached hereto as Exhibit A is the required declaration made by counsel Eric Menhart.

**WHEREFORE**, counsel for Defendant respectfully requests that this Honorable Court grant its Motion for Admission *Pro Hac Vice*.

                        Respectfully submitted,

                        */s/Julie D. Lathia*

                        Julie D. Lathia, Esquire
                        Attorney I.D. No. 208407
                        The Law Offices of Julie D. Lathia
                        212 West Gay Street
                        West Chester, PA 19380
                        Phone: (717) 940-4881
                        Fax: (484) 887-3602

Dated: 11-30-15

# **CERTIFICATE OF SERVICE**

I, Julie D. Lathia, Esquire hereby certify that I caused a true and correct copy of the Motion for *Pro Hac Vice* Admission of Counsel, Eric Menhart, to be served this 30th day of November, 2015 by ECF addressed as follows:

> John V. Gorman, Esq.
> Amy M. Dudash, Esq.
> Morgan, Lewis & Bockius, LLP
> 1700 Market Street
> Philadelphia, PA 19103

*/s/ Julie D. Lathia*
Julie D. Lathia, Esquire