IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC. | : <br> : Civil Action No.: 15-cv-05219 <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : Honorable Mark A. Kearney |
| MORLEY TATRO | : <br> : |
| Defendant | : |

_____:

**[PROPOSED] ORDER GRANTING DEFENDANT'S AMENDED MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(b)(2) AND FED. R. CIV. PROC. 12(b)(3)**

Upon review of "Defendant's Amended Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(2) and Fed. R. Civ. Proc. 12(b)(3)" and for good cause shown, it is hereby

ORDERED that Morley Tatro, d/b/a Cambridge LSAT is dismissed from this matter.


Dated: _____                    _____
                                                                               Judge, United States District Court